IN THE CIRCUIT COURT OF THE THIRD JUDICIAL DISTRICT
SWEETWATER COUNTY, GREEN RIVER, WYOMING

| | |
|---|---|
| GLOBAL E, LLC, ) | BEFORE: TOM DEERING |
| Plaintiff, ) | CIRCUIT COURT MAGISTRATE |
| vs. ) | |
| HOLLIE TELFORD and ) | DOCKET NO. CV-2015-077-P |
| MARTI TELFORD LUNDAHL ) | |
| Defendants. ) | |

### JUDGMENT OF RESTITUTION

THIS MATTER came on regularly for trial in this Court before a jury of six, commencing March 19, 2014, the Plaintiff appearing through counsel of record, Hollie Telford appearing in person, and Marti Telford Lundahl not appearing. The Court submitted the case to the jury, and the jury rendered a general verdict in favor of the Plaintiff. The verdict being complete and in proper form, the Court hereby directs entry of judgment upon the verdict and renders a general judgment in favor of the plaintiff for restitution of the premises and costs, pursuant to Wyo. Stat. Ann. §§ 1-21-1008 and 1-21-1009.

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that the verdict is complete and accepted by the Court;

JUDGMENT IS HEREBY ENTERED in favor of Global E, LLC, and against Hollie Telford and Marti Telford Lundahl;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Global E, LLC, shall have restitution of the mobile home lot located at 935 Wilderness Trail, Green River, Wyoming, from Hollie Telford and Marti Telford Lundahl; and

IT IS FINALLY ORDERED, ADJUDGED AND DECREED that Global E, LLC, shall recover costs from Hollie Telford and Marti Telford Lundahl in the amount of $180.00.

Done this 25 day of March, 2015.

Thomas O. Deering
Circuit Court Magistrate
Third Judicial District

Craig L. Jones     march 25, 2015
Circuit Court Judge
Third Judicial District

FILED
Circuit Court- GR
MAR 25 2015
Sweetwater County, WY
Third Judicial Dist.

EXHIBIT A

411