```
THE STATE OF WYOMING  )                IN THE DISTRICT COURT
                     ) ss.             THIRD JUDICIAL DISTRICT
COUNTY OF SWEETWATER )                 C-15-217-J
```

HOLLIE TELFORD and
MARTI TELFORD LUNDAHL,

    Appellants,

vs.

GLOBAL E, LLC, d/b/a
PIONEER PARK MHC,

    Appellee.

FILED
DISTRICT COURT
THIRD JUDICIAL DISTRICT
SWEETWATER COUNTY, WY

NOV 01 2016

DONNA LEE BOBAK
CLERK OF COURT

BY_____
    DEPUTY CLERK

## ORDER DENYING PETITION FOR REINSTATMENT OF APPEAL

This matter is before the Court on Appellants' Petition to Reinstate Appeal and Grant Motion for Stay, filed herein on January 21, 2016 and Appellee's Request for Decision on Appellants' Petition to Reinstate Appeal and Grant Motion for Stay, filed herein on July 26, 2016. A hearing on the issues presented is not required, has not been requested and is not necessary. The Court, being fully advised, finds:

1. Appellants filed a Notice of Appeal on April 2, 2015.

2. Appellee filed a Motion to Dismiss Appeal on May 8, 2015, and a hearing was held on October 13, 2015.

3. Also on October 13, 2015, Appellants filed a Motion to Stay All Further Proceedings Until Appellant's [sic] Fair Housing Complaint Attached Hereto as Exhibit "1" Has Been Decided by the Federal Courts.

4. An Order of Dismissal dismissing the above-entitled action and denying the October 13, 2015 Motion to Stay was entered on January 8, 2016. The reasons for dismissal were set forth in a decision letter dated January 6, 2016.

5. On January 21, 2016, Appellants filed a Petition to Reinstate Appeal and Grant Motion for Stay.

6. On February 5, 2016, Appellants filed a Notice of Removal.

7. On February 12, 2016, an Order on Removal from the United States District Court for the District of Wyoming was filed herein, the effect of which was to temporarily stay the above-entitled action while Appellants attempted litigation in federal court.

8. On April 8, 2016, Appellee filed a second Motion to Dismiss.

9. On July 21, 2016, a copy of the April 7, 2016 United States District Court for the District of Wyoming's Order for Remand was filed, remanding the above-entitled action back to this Court.

10. On July 26, 2016, Appellee filed its Request for Decision on Appellant's Petition to Reinstate Appeal and Grant Motion for Stay. A copy of the Order for Remand and a copy of the United States Court of Appeals for the Tenth Circuit's Order dismissing Appellants' appeal were attached to this document.

11. On August 12, 2016, Appellants filed a document titled "Further Response to Appellants [sic] Motion to Stay as Suing this Court, the Federal Court, and all Racketeering Parties in Another Jurisdiction." In this document, Appellants assert that this Court "is in violation of federal law if it proceeds further."

EXHIBIT E


12. On August 22, 2016 Appellants filed a document titled "Notice that Appellants are Merging an FTCA claim into their action pending in the Federal Court in South Dakota (Attached hereto as Exhibit "1") for the USA's Failure to Affirmatively Advance the Objectives of the Fair Housing Act [and] Supplemental Demand to Continue the Stay."

13. Appellants' assertions in their most recent filings to this Court notwithstanding, Appellants have not provided any legal basis or cogent argument to support a continued stay in the above-entitled action.

14. Appellants have not demonstrated that good cause exists for reinstatement of the above-entitled action.

15. A ruling on Appellee's second Motion to Dismiss is not necessary because of the January 8, 2016 Order of Dismissal which remains in full force and effect.

IT IS THEREFORE ORDERED that Appellants' Petition to Reinstate Appeal is denied;

IT IS FURTHER ORDERED that Appellants' request to continue the stay in the above-entitled action is denied;

IT IS FURTHER ORDERED that a ruling on Appellee's second Motion to Dismiss is not necessary as the issues presented therein are moot.

DATED this 31st day of October, 2016.

Nena James
District Judge

[SEAL: DISTRICT COURT OF WYOMING — SWEETWATER COUNTY]

The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in my office.

Dated Nov. 1, 2016

Donna Lee Bobak
Clerk of the District Court
County of Sweetwater
State of Wyoming

By _____ Deputy