UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA BURTON, HOLLIE TELFORD,<br><br>Plaintiffs,<br><br>v.<br><br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | Case No. 3:16-cv-3033 RAL<br><br>**NOTICE OF APPEARANCE** |

      Notice is hereby given that the undersigned will now also appear as attorney of record for

Law Offices of Hickey and Evans, LLP and O'Kelley H. Pearson in the above-captioned matter.

      Respectfully submitted,


Dated: December 27, 2016        _s/ Thomas J. Welk_____
                                                   Thomas J. Welk
                                                   Jason R. Sutton
                                                   Mitchell W. O'Hara
                                                 BOYCE LAW FIRM, LLP
                                                 300 S. Main Avenue
                                                 P.O. Box 5015
                                                 Sioux Falls, SD  57117-5015
                                                 Telephone: (605) 336-2424
                                                 tjwelk@boycelaw.com
                                                 jrsutton@boycelaw.com
                                                 mwohara@boycelaw.com
                                                 **Attorneys for Defendants CenturyLink Public Communications, Inc., Law Offices of Hickey and Evans, LLP and O'Kelley H. Pearson**

CERTIFICATE OF SERVICE

      I, Thomas J. Welk, hereby certify that I am a member of the law firm of Boyce Law Firm, LLP and that on the 27th day of December 2016, and I electronically filed a Notice of Appearance with the Clerk of Court using the CM/ECF system and a true and correct copy was served via first-class mail on the following individuals whose address is current on file as receiving manual notifications:

Glenn Ambort
320 Waterton St.
Rapid City, SD 57701

Marti Lundahl
935 Wilderness Trail
Green River, WY 82935

                                        __*s/ Thomas J. Welk*_____
                                            *Filed Electronically*
                                           Thomas J. Welk