**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION**

| | | |
|---|---|---|
| BRENDA BURTON and HOLLIE TELFORD, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 3.16-CV-03033-RAL |
| v. | ) ) ) | MOTION TO DISMISS PLAINTIFFS' SECOND |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et. al.*, | ) ) ) ) | AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(3) |
| Defendants. | ) ) | |

**CENTURYLINK PUBLIC COMMUNICATION, INC.'S MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant, CenturyLink Public Communications, Inc., by and through its attorney, moves to dismiss all claims asserted against it in the Second Amended Complaint (Docket 11) pursuant to Fed. R. Civ. P. 12(b)(2) and (3). The motion is supported by the Brief in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3) and the Affidavit of Sean Lindsay filed contemporaneously with this motion.

Based on the foregoing, CenturyLink Public Communications, Inc. respectfully requests an order dismissing all claims asserted against it pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3).

Dated: December 27, 2016                    *s/ Jason R. Sutton*
                                            Thomas J. Welk
                                            Jason R. Sutton
                                            Mitchell W. O'Hara
                                            BOYCE LAW FIRM, LLP
                                            300 S. Main Avenue
                                            P.O. Box 5015
                                            Sioux Falls, SD  57117-5015
                                            Telephone: (605) 336-2424
                                            tjwelk@boycelaw.com
                                            jrsutton@boycelaw.com
                                            mwohara@boycelaw.com
                                            **Attorneys for Defendants CenturyLink Public Communications, Inc., Law Offices of Hickey and Evans, LLP and O'Kelley H. Pearson**

CERTIFICATE OF SERVICE

I, Jason R. Sutton, hereby certify that I am a member of the law firm of Boyce Law Firm, LLP and that on the 27th day of December 2016, and I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and a true and correct copy was served via first-class mail on the following individuals whose address is current on file as receiving manual notifications:

Glenn Ambort
320 Waterton St.
Rapid City, SD 57701

Marti Lundahl
935 Wilderness Trail
Green River, WY 82935

                                            *s/ Jason R. Sutton*
                                              *Filed Electronically*
                                            Jason R. Sutton