IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| BRENDA BURTON and HOLLIE TELFORD,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et. al.*,<br><br>Defendants. | Civil No. 3:16-cv-3033RAL<br><br>**AFFIDAVIT OF SEAN C. LINDSAY** |

I, Sean C. Lindsay, being first duly sworn upon my oath, having personal knowledge of the matters stated herein, and being of lawful age and otherwise competent to testify, do depose and state:

1. At all times relevant hereto, I have been legal counsel employed by Qwest Corporation d/b/a CenturyLink QC since January 21, 2003.

2. As legal counsel of Qwest Corporation d/b/a CenturyLink QC, I have personal knowledge of the corporate structure of CenturyLink and the services provided by the different corporate entities.

3. Embarq Payphone Services, Inc. changed its name on November 14, 2013 to CenturyLink Public Communications, Inc.

4. CenturyLink Public Communications, Inc. is a Florida domestic corporation.

5. CenturyLink Public Communications, Inc. is registered in the state of Wyoming.

6. CenturyLink Public Communications, Inc. is registered in the state of South Dakota but does not transact any business in South Dakota. It has no office or employees in South Dakota.

7. CenturyLink Public Communications, Inc. does not conduct any business in South Dakota.

8. Nearly 100% of revenue generated from CenturyLink Public Communications, Inc. operations is revenue generated from CenturyLink Public Communication's inmate payphone service.

9. The other revenue generated from CenturyLink Public Communications, Inc. operations is generated from pay telephone leases.

10. CenturyLink Public Communications, Inc. does not, nor has it ever, provided internet services in Sweetwater County, Wyoming.

11. Plaintiffs' Second Amended Complaint filed by Brenda Burton and Hollie Telford ("Plaintiffs") against CenturyLink Public Communications, Inc., alleges that CenturyLink Public Communications, Inc. refused to provide Hollie Telford and/or Marti Lundahl with broadband life line service.

12. Plaintiffs are not currently, nor have they ever been customers of CenturyLink Public Communications, Inc.

13. CenturyLink Public Communications, Inc. has not ever offered or refused dsl communication services to Plaintiffs.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

13. Thus, CenturyLink Public Communications, Inc. was not directly or indirectly involved in the facts alleged in the Second Amended Complaint.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 22nd day of December 2016

_____
Sean C. Lindsay

STATE OF COLORADO    )
                     ) ss.
COUNTY OF DENVER     )

This Affidavit was acknowledged, subscribed and sworn to before me this 22rd day of December 2016, by Sean C. Lindsay.

_____
Notary Public

My commission expires: 9.23.18

```
PENFIELD TATE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054048188
MY COMMISSION EXPIRES SEPTEMBER 23, 2018
```