PROPOSED AGENDA
CITY COUNCIL ADJOURNED MEETING
CITY HALL
23 SECOND STREET NORTHEAST
WATERTOWN, SOUTH DAKOTA

**Monday, March 17, 2014**                                                                                              6:30 PM

**Call to Order**

**Pledge of Allegiance**

**Roll Call**

1. Approval of consent agenda
   a. Approval of the minutes of the Council meetings held on March 3, 2014   **Supporting Docs**
   b. Mayor's appointment of Russ Wilkins, Beth Mantey and Dan Albertsen as City Council representatives to serve on the 2014 consolidated Board of Equalization
   c. Approval of the 2014 maintenance contract with Motorola for the E-911 center consoles in the amount of $14,737.68 budgeted in the E-911 Fund   **Supporting Docs**

2. Approval of agenda

3. Update on the 2013 activities of the Watertown Development Company and capital campaign (Resolution 14-08)   **Supporting Docs**

4. Resolution No. 14-09 Authorize the City of Watertown to perform all acts necessary to complete the construction of a Multi-Use Facility within and for the City of Watertown.   **Supporting Docs**

5. Second reading of Ordinance No. 14-09 amending zoning district boundaries by rezoning a portion of Smedley's Subdivision from R-1 Single Family Residential District to R-3 Multi-Family Residential District   **Supporting Docs**
   a. Public hearing
   b. Council action

6. Second reading of Ordinance No. 14-10 amending zoning district boundaries by rezoning a portion of Golf View Estates from R-1 Single Family Residential District to R-2 Single Family Attached Residential District   **Supporting Docs**
   a. Public hearing
   b. Council action

7. Second reading of Ordinance No. 14-11 amending sections 21.1001, 21.6301, and 21.90 of the Revised Ordinances of the city of Watertown for the City of Watertown   **Supporting Docs**
   a. Public hearing
   b. Council action

8. Second reading of Ordinance No. 14-12 amending section 21.0201 and 21.0202 of the Revised Ordinances of the City of Watertown for the City of Watertown   **Supporting Docs**
   a. Public hearing

|  |  |
|---|---|
|  | Excludes Fan Modules, Dual Circulator Tray, Site RMC Tray |
| Routers | Includes GGM8000, ST5500, ST5598, S2500-S6000 |
| Servers | Includes Netra 240, Netra T5220, cPCI, HP DL360, HP ML370, HP ML110, HP ML530, HP TC2110, 2120 HP InfoVista Server. IR8000 series, LX4000 series, Intel Server TSRL-T2, TIGPR2U, Proventia 201 Linux IDSS, Proventia GX4002C,Trak9100. Network Management Server includes cPCI Chassis, Power Supply, Fan Tray, Controller Hard Drive, CD ROM Drive, Tape Drive, CPU, Client PC?s, Core Security Management Server, Firewall Servers, Intrusion Detection Sensor Server. Excludes Dell Servers, Monitors, Memory Module 0182915Y02, Rear Fan RLN5352, Central Process Card 0182915Y01 |
| Simulcast Distribution Amplifier(s) | Included |
| Site Frequency Standard(s) | Includes Rubidium, GPS and Netclocks systems sold with the Motorola System. |
| Secure | Includes KMF crypto card, end to end Cryptor for IVD PDEG Cryptr |
| SMARTX | Includes VPM |
| Switch | Includes Nortel Passport PBX,Cisco Catalyst 6509, HP 5308 LAN switch, HP ProCurve Switch 2524, 2650, 2626, HP3500, HP2610, 3Com PS40, SS1100 |
| Telco PBX | Includes Avaya Difinity PBX, S8300, S8500, Intel Server (ACSS), TSRLT2, TIGPR2U |
| Terminal Servers | Includes IR8000, LX4000S, LX4000T, Paradyne |
| Universal Simulcast Controller Interface(s) | Included |
| UPS Systems | Excluded from service agreements but may be repaired on an above contract, time and material basis. All UPS Systems must be shipped to IDO for repair. Excludes batteries and any on-site services. |
| Workstation | Included |

| SmartZone System Infrastructure Exhibit | Inclusions, Exclusions, Exceptions and Notes |
|---|---|
| Antenna Systems | Excludes all Equipment such as bi-directional amplifiers, multicouplers, combiners, tower top pre-amplifiers, antennas, cables, towers, tower lighting, and transmission lines. |
| Base Station(s) and Repeater(s) | Includes: Quantar, Quantro, Digital, MTR2000 ONLY. |
| Central Electronics Bank(s) | Includes Logging Recorder, Interface and Network Hub Excludes all other technologies see SOW specifically for NICE logging recorders |
| Channel Bank(s) | Includes Premisys and Telco Excludes Siemens |
| Comparator(s) | Includes Spectratac, Digitac, and ASTRO-tac Comparators |
| Computer(s) | Includes computers (Pentium I, II, III, IV) that directly interface with or control the communications System, including Systemwatch II, keyboards, mice and trackballs. Excludes laptop computers and all 286, 386, 486 computers, defective or phosphor-burned cathode ray tubes CRT(s) and burned-in flat panel display image retention. |
| Console(s) | Includes Centracom Gold Elite, MCC7500, MCC5500, MIP5000 as part of complete communication System ? including headset jacks, dual |

**Back To Top**