BEFORE THE PUBLIC UTILITIES COMMISSION
OF THE STATE OF SOUTH DAKOTA

In the Matter of the Application of          Docket No. _____
CenturyLink Public Communications, Inc.
for an Amended Certificate of Authority to
Provide Alternative Operator Services
within the State of South Dakota

### APPLICATION FOR AN AMENDED CERTIFICATE OF AUTHORITY TO PROVIDE ALTERNATIVE OPERATOR SERVICES

Pursuant to South Dakota Code 49-31-3 and ARDS 20:10:24:02 and 20:10:24:05, CenturyLink Public Communications, Inc. d/b/a CenturyLink ("CPCI") applies for an amended certificate of authority authorizing it to provide alternative operator services within the state of South Dakota.

CPCI is in the business of providing payphone services and inmate calling services in various states throughout the United States. CPCI currently holds a certificate of authority to provide service as an interexchange carrier in South Dakota and intends to bid on contracts with correctional facilities in South Dakota to provide inmate calling services including alternative operator services. The following information is furnished in support of this application:

1.     Applicant's name, address, telephone number, facsimile number, web page URL and email address:

    CenturyLink Public Communications, Inc.
    100 CenturyLink Drive
    Monroe, LA 71203
    Telephone Number:  (877) 904-7774
    Facsimile Number:  (877) 800-2737
    Web Page:  www.centurylink.com/corrections
    Email address:  payphones@CenturyLink.com

10. **The names, addresses, telephone number, facsimile number, E-mail address, and toll free number of the applicant's representatives to whom all inquiries must be made regarding complaints and regulatory matters and a description of how the applicant handles customer service matters:**

CPCI's unique product demands customer service operations in support of three separate customer groups: correctional facilities, inmates, and called parties (friends, families, attorneys, bondsmen).

For correctional facilities and their inmates, CPCI provides a primary program manager responsible for monitoring all facility operations. This program manager has a designated backup. Together, they are measured and managed to quality standards for maintaining proper operation of the call control system as well as time to clear prioritized issues. These issues include inmate complaints (e.g. inmate prepaid account balances, call quality, PIN resets) and facility technical issues (e.g. network outages, phones out of service, investigative feature assistance). For facility technical issues, CPCI also provides correctional staff with a 24/7/365 technical assistance center accessible by toll-free telephone number or email.

Inquiries regarding complaints and regulatory matters may be made to:

CenturyLink Public Communications, Inc.
100 CenturyLink Dr.
Monroe, LA  71203
Toll Free Phone:  (877) 904-7774
Toll Free Fax:  (877) 800-2737
Payphones@CenturyLink.com

4

CPCI's lead point of contact regarding regulatory matters is:

Jennifer Roubique
CenturyLink Public Communications, Inc.
100 CenturyLink Drive
Monroe, LA 71203
Tel: (318) 330-6129
Fax: (318) 340-5381
Email: Jennifer.Roubique@CenturyLink.com

11. **Information concerning how the applicant plans to bill and collect charges from customers:**

CPCI contracts with Inmate Calling Solutions, LLC, for debit and prepaid calls, and ILD Telecommunications, Inc., for collect calls, to handle the billing and collection of charges from inmates who place calls. The precise details for the billing and collection of charges from inmates depend upon the correctional facility at issue. However, for debit and prepaid calls, inmates and/or their families must arrange to fund a debit or prepaid account from which payment is drawn. For collect calls, the called party must authorize payment for the call.

12. **Information concerning the applicant's policies relating to solicitation of new customers and a description of the efforts the applicant shall use to prevent the unauthorized switching of interexchange customers:**

CPCI bids on contracts from correctional facilities, typically through structured procurements. Generally, if CPCI wins the bid a contract setting forth the terms and conditions of service will be entered into with the correctional facility. In the inmate calling service business, there is generally only one provider of inmate calling services at a particular facility for security reasons. Consequently, the issue of unauthorized switching of interexchange customers does not arise.

13. **Information concerning how the applicant will make available to any person information concerning the applicant's current rates, terms, and conditions for all of its telecommunications services:**

    CPCI posts information concerning its rates, terms and conditions for service on its website.

14. **Information concerning how the applicant will notify a customer of any materially adverse change to any rate, term, or condition of any telecommunications service being provided to the customer. The notification must be made at least thirty days in advance of the change:**

    Generally, changes to the rates, terms or conditions of service at correctional facilities can only be made pursuant to contract amendments with the correctional facility at issue. The correctional facility at issue in turn notifies its inmates of any changes in rates, terms or conditions.

15. **A list of the states in which the applicant is registered or certified to provide telecommunications services, whether the applicant has ever been denied registration or certification in any state and the reasons for any such denial, a statement as to whether or not the applicant is in good standing with the appropriate regulatory agency in the states where it is registered or certified, and a detailed explanation of why the applicant is not in good standing in a given state, if applicable:**

    CPCI is presently certified or registered to provide telecommunications services in Alabama, Arizona, Arkansas, California, Florida, Georgia, Kentucky, Louisiana, Minnesota, Missouri, Nevada, North Carolina, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Washington and Wyoming. In addition, CPCI has a pending application for certification in West Virginia. CPCI has never been denied registration/certification and is in good standing in each of the jurisdictions where it maintains a certificate/registration.

*Communications, Inc. For a Certificate of Authority to Provide Alternative Operator Services in South Dakota*, 2010 S.D. PUC LEXIS 137 (August 25, 2010).

20. **Other information requested by the commission needed to determine that the applicant has sufficient technical, financial, and managerial capabilities to provide the interexchange services it intends to offer consistent with the requirements of this chapter and other applicable rules and laws:**

N/A

WHEREFORE, CenturyLink Public Communications, Inc., requests that the South Dakota Public Utilities Commission enter an order granting this Application, and such other relief as may be just and proper.

Dated this 21st day of May, 2014.

CENTURYLINK PUBLIC
COMMUNICATIONS, INC.

_____
Jason D. Topp
200 South Fifth Street, Room 2200
Minneapolis, MN 55402
(651) 312-5364
Jason.topp@centurylink.com

8