

Contact Us

Search CenturyLink 

**Residential** | **Small - Medium Business** | **Large Business**

# CenturyLink Public Communications Portal

**Alabama Department of Corrections**

## Rates for Alabama Department of Corrections

### Rate Schedule

| # | Payment Type | Call Type | Connect Fee | Per Minute Rate | Price of 15 Minute Call |
|---|---|---|---|---|---|
| Traditional Collect | Local | $0.00 | $0.25 | $0.25 | $0.25 |
| | IntraLATA | $0.00 | $0.25 | $0.25 | $0.25 |
| | InterLATA | $0.00 | $0.25 | $0.25 | $0.25 |
| | Interstate | $3.75 | $0.00 | $0.00 | $0.25 |
| | International | N/A | N/A | N/A | N/A |
| Debit (Inmate-Paid) | Local | $0.00 | $0.25 | $0.25 | $0.25 |
| | IntraLATA | $0.00 | $0.25 | $0.25 | $0.25 |
| | InterLATA | $0.00 | $0.25 | $0.25 | $0.25 |
| | Interstate | $3.15 | $0.00 | $0.00 | $0.21 |
| | International | N/A | N/A | N/A | N/A |
| Prepaid Collect | Local | $0.00 | $0.25 | $0.25 | $0.25 |
| | IntraLATA | $0.00 | $0.25 | $0.25 | $0.25 |
| | InterLATA | $0.00 | $0.25 | $0.25 | $0.25 |
| | Interstate | $3.15 | $0.00 | $0.00 | $0.21 |
| | International | N/A | N/A | N/A | N/A |

Excludes taxes and government-mandated surcharges
All in-state calls are charged at $0.25 per minute with no per-call connection charge.

| Fees | |
|---|---|
| **Transaction Fees - Prepaid Services *** | |
| Account Setup | $0.00 |
| Purchase by phone with live agent | $5.95 |
| Purchase by web or automated phone system | $3.00 |
| Purchase by mail** | $0.00 |
| Refund fee | $0.00 |
| **Billing Fees – Traditional Collect** | |
| Bill Processing Fee (per monthly bill regardless of number of calls received) | $2.99 |
| *Includes Prepaid Collect and Debit (Inmate Prepaid) services purchased by Friends & Family. Inmate Debit services purchased directly by inmates are not subject to fees. **Certified check or money order accepted | |

**Promotions & Programs**

CenturyLink Advances With Its Fiber to the Cell Solution

National Reseller Program

**Resources**

Subscribe to Notices

Accessible Notice Repository

Glossary

Training Information

All System Tools

Network Maps

Territory Maps

USOC/FID Finder

**Local & Access**

Services and Information for CLECs, ILECs, IXCs, and Wireless