BEFORE THE PUBLIC UTILITIES COMMISSION
OF THE STATE OF SOUTH DAKOTA

| | |
|---|---|
| In the Matter of the Application of CenturyLink Public Communications, Inc. dba CenturyLink for an Amended Certificate of Authority to Provide Interexchange Long Distance Services as an Alternative Operator Service | Docket No. TC14-022 |

### CENTURYLINK PUBLIC COMMUNICATIONS, INC. DBA CENTURYLINK'S RESPONSE TO THE SOUTH DAKOTA PUBLIC UTILITIES COMMISSION STAFF'S INFORMATION REQUEST

CenturyLink Public Communications, Inc. dba CenturyLink ("CPCI"), for its response to the South Dakota Public Utilities Commission Staff's Information Request, states as follows:

2-1) Will CPCI get a $25,000 bond so the restriction that CPCI may not offer prepaid calling cards and deposits can be removed?

Response:

Yes, CPCI will get a $25,000 performance bond so that the restriction on offering prepaid calling cards and deposits can be removed.

Dated this 30th day of July, 2014.

CENTURYLINK PUBLIC
COMMUNICATIONS, INC. DBA
CENTURYLINK

Jason D. Topp
200 South Fifth Street, Room 2200
Minneapolis, MN 55402
(651) 312-5364
Jason.topp@centurylink.com