(/)

Menu

Home (/)
Online Business Directory (/directory/)
Directory Item Details

# CenturyLink


(/assets/users/photo-gallery/CenturyLink_SiouxFalls_Business_Team_Logo_cropped.jpg)

## Contact Us



Map It (http://maps.google.com/maps?daddr=125 S Dakota Avenue Sioux Falls, SD 57104&saddr=Current Location)

125 S Dakota Avenue
Sioux Falls, SD 57104
Residential: 605-361-2194; Business: 605-977-2826 (tel:Residential: 605-361-2194; Business: 605-977-2826)

http://www.centurylink.com/local/sd/sioux-falls/
(http://www.centurylink.com/local/sd/sioux-falls/)

  

## Overview

Customers coast-to-coast turn to CenturyLink's industry-leading national fiber-optic network and world-class customer