

# SHANTEL KREBS

 (605) 773-4845 
corpinfo@state.sd.us 
Contact us

Business Services Online > Search For A Business > Business Entity Detail     Login

## Business Entity Detail

Entity details cannot be edited. This detail reflects the current state of the filing in the system.

Return to the Business Information Search.

**Available Actions for this Entity:**

File Annual Report (after 07/03/2017)
Certificate of Good Standing
Printer Friendly Version

FB020521: Business Corporation - Foreign

**Name:**
CENTURYLINK PUBLIC COMMUNICATIONS, INC.

**Business Type:**

**Status:**
Good Standing

**Initial Filing Date:**
09/22/1997

**Formed in:**
FLORIDA

**Term of Duration:**
Perpetual

**Next Annual Report Due Date:**
09/01/2017

**Inactive Date:**

**Inactive Date:**

**Principal Office:**

**Principal Office:**
100 CENTURYLINK DR
MONROE, LA 71203-2041 USA

**Shares of Stock:**

**Shares of Stock:**

| Registered Agent |
|---|

**Agent Name:**

**Agent Name:**
C T CORPORATION SYSTEM

**Agent Address:**

**Agent Physical Address:**
319 COTEAU ST
PIERRE, SD 57501-3187 USA

**Agent Mailing Address:**

**Agent Mailing Address:**

| History | | | |
|---|---|---|---|
| Type | File Date | View All Document Links (Scroll Down) | Detail |
| **2016 Annual Report** | 10/28/2016 | | |
| **2015 Annual Report** | 10/26/2015 | | |
| **2014 Annual Report** | 10/21/2014 | | |
| **Amended and Restated Formation Documents** | 11/21/2013 | | |
| **2013 Annual Report** | 10/23/2013 | | |
| **2012 Annual Report** | 09/28/2012 | | |
| **2011 Annual Report** | 09/27/2011 | | |
| **2010 Annual Report** | 09/23/2010 | | |
| **2009 Annual Report** | 11/02/2009 | | |
| **Statement of Change** | 07/01/2009 | | |
| **2008 Annual Report** | 10/28/2008 | | |
| **Common Amendment** | 07/14/2008 | | |
| **2007 Annual Report** | 10/22/2007 | | |
| **2006 Annual Report** | 09/05/2006 | | |
| **Common Amendment** | 03/28/2006 | | |
| **2005 Annual Report** | 09/01/2005 | | |
| **2004 Annual Report** | 09/10/2004 | | |
| **2003 Annual Report** | 09/09/2003 | | |
| **2002 Annual Report** | 09/16/2002 | | |
| **2001 Annual Report** | 09/01/2001 | | |
| **2000 Annual Report** | 09/14/2000 | | |