Centurylink corporate address - Google Search



Centurylink corporate address

All   Maps   News   Shopping   Images   More       Settings   Tools

About 380,000 results (0.57 seconds)

## 100 Centurylink Dr, Monroe, LA 71203
CenturyLink Technology Center Of Excellence, Address

Feedback

### CenturyLink | Corporate Headquarters
www.centurylink.com/aboutus/companyinformation/careers/corphq.html
Working at CenturyLink's. Corporate Headquarters. CenturyLink (NYSE: CTL) is a global communications, hosting, cloud and IT services company enabling ...

### CenturyLink | Contacting the Board
www.centurylink.com/aboutus/governance/contactboard.html
Chairman and Lead Outside Director c/o Post Office Box 5061 Monroe, LA 71211 boardinquiries@centurylink.com. CenturyLink's General Counsel, or his ...

### CenturyLink Headquarters | Corporate Office, Company Info, Contact ...
www.headquartersinfo.com › Internet/Cable
You can contact CenturyLink customer support at 1-800-366-8201. From there you may be able to connect with the corporate office. We did find a corporate number, which we tested, on an outside website. Call 1-318-388-9000 to reach CenturyLink headquarters.

### CenturyLink- Corporate Headquarters - Monroe, Louisiana - Business ...
https://www.facebook.com › Places › Monroe, Louisiana › Business Service
Rating: 1.9 - 113 votes
100 Centurylink Dr. Monroe, Louisiana 71203. Phone. (318) 388-9000.

### CenturyLink Corporate Headquarters - Office in Monroe - Foursquare
https://foursquare.com/.../centurylink-corporate-headquarters/4b4c8492f964a520f9b...
See 5 photos and 9 tips from 169 visitors to CenturyLink Corporate Headquarters. "Abysmal customer service. If you have the option, get your..."

### CenturyLink - Wikipedia
https://en.wikipedia.org/wiki/CenturyLink
... surrounded by a pecan orchard, the CenturyLink corporate headquarters are located at 100 CenturyLink Drive near U.S. Highway 165 in Monroe, Louisiana. CenturyLink, Inc. is an American telecommunications company headquartered in Monroe, ...

### CenturyLink executive contacts - Elliott
elliott.org/company-contacts/centurylink/
Oct 21, 2015 - CenturyLink is an American multinational communications company headquartered in Monroe, Louisiana. It provides communications and data ...

### Colorado losing major corporate headquarters as CenturyLink ...
www.denverpost.com/.../colorado-losing-headquarters-centurylink-acquires-level-3/
Oct 31, 2016 - CenturyLink Inc. has once again tapped one of Colorado's largest companies to grow its telecom business, announcing Monday that it plans to ...

### CenturyLink Communication Corporation - a Denver, Colorado (CO ...
pview.findlaw.com/view/3381287_1
Nov 23, 2013 - CenturyLink Communication Corporation, a Denver, Colorado (CO) Law Firm - ... Address. 1801 California Street, 24th FloorDenver, CO 80202.

### CenturyLink Corporate Office Headquarters HQ
www.corporateofficeheadquarters.com/2012/02/centurylink-corporate-office.html
CenturyLink corporate office information. Including their headquarters address, phone number. Also, customer complaints and reviews.

### CenturyLink Headquarters
Ad  www.informationvine.com/Answers
Search CenturyLink Headquarters. Visit & Look Up Quick Results Now!
Find Relevant Information · Learn More · Quick & Easy Answers



See photos

**CenturyLink Technology Center Of Excellence**

Website

Corporate Office

**Address:** 100 Centurylink Dr, Monroe, LA 71203
**Phone:** (318) 388-9000

Suggest an edit · Own this business?

Add missing information
Add business hours

**Reviews**   Write a review
4 Google reviews

Send to your phone