For Home    For Business

Contact Us   Sign In

# About Us

Company Information      Investor Relations      Community      Newsroom      Careers      Governance      Legal

- Acceptable Use Policy
- Privacy Policy
- Copyright Notices
- Website User Agreement
- Payment Agreement
- Online Security
- Terms & Conditions
- Tariff Library
- Internet Service Disclosure

## CenturyLink Law Enforcement Support
# FAQs For Third Party Requestors

**Last Updated: February 1, 2013**

Law Enforcement Support Home

Welcome to the LES FAQ Page designed for Third Party Requestors. As a third party, you may be an attorney or party in a lawsuit looking for information about someone else. You are not a Law Enforcement Agent, nor are you a CenturyLink customer seeking your own records.

Please select a FAQ below. You can also utilize your browser's Find function, or our webpage Search function located on the top right hand side of this page, to locate keywords throughout the document. The keyword or phrase found will be highlighted throughout the page content.

- Where do I send a legal demand?
- What kinds of records are available to a third party?
- What time frames are various records available to a third party?
- What are the fees, if any, for Law Enforcement Support assistance?
- What are the Law Enforcement Support team's hours of operation?
- What kinds of legal processes are there that would request customer information from CenturyLink?
- Who can I contact about identity theft or fraud related to a CenturyLink service?
- Can CenturyLink offer legal advice?
- How can I find out about the status of a subpoena?
- What is a Copyright subpoena?
- What is the Digital Millennium Copyright act or DMCA?
- What is the difference between a DMCA notice and notification of a copyright subpoena?
- Does CenturyLink track internet content?
- What is the difference between a Dynamic and a Static IP Address?
- If I know the IP Address, how do I find the Internet Service Provider?
- How do I find the Service Provider for a telephone number?
- Who do I call if I received a call from a missing person?
- Can a customer block callers?
- How can I contact the Law Enforcement Support team if I still have questions?

**Where do I send a legal demand?**

All subpoenas issued in civil cases must be served on CenturyLink's registered agent for service of process, CT Corporation. CT Corporation is authorized to accept subpoenas on behalf of any CenturyLink entity registered to do business by the secretaries of state. You may visit your Secretary of State website for more information. You may also contact CT Corporation at 1-800-624-0909 or visit their website at http://ct.wolterskluwer.com/ctcorporation.

**PLEASE NOTE:** CT Corporation cannot provide any information other than how to submit a subpoena. If you have any other question or concerns, please contact the CenturyLink Law Enforcement team at 877-451-1980.

Top of page

**What kinds of records are available to a third party?**

- **Bill Statements**

  CenturyLink will only provide copies of a customer's bill statements to a third party with a subpoena, court order, or other legal demand specifically requesting this information. Applicable fees may apply.

- **Call Trace Results (*57)**

  Once a call is traced using the *57 feature, contact local Law Enforcement. The trace results will only be released to a law enforcement agency with a subpoena, court order, or other legal demand. A successful trace will include the phone number captured and if that phone number is serviced by CenturyLink, the name and address of the subscriber will be released. If your Law Enforcement Agency has any questions regarding this process, please have them call the CenturyLink Law Enforcement Support team at 877-451-1980.

  For additional information about Call Trace, see our Customer FAQ "Who do I contact if I want to report threatening, abusive, or obscene calls?'