# U.S. District Court
## District of Wyoming (Cheyenne)
## CIVIL DOCKET FOR CASE #: 2:15-cv-00188-ABJ

| | |
|---|---|
| Lundahl et al v. Global E LLC et al | Date Filed: 10/15/2015 |
| Assigned to: Honorable Alan B Johnson | Date Terminated: 12/02/2015 |
| Referred to: Honorable Kelly H Rankin | Jury Demand: Both |
| Cause: 42:1981 Housing Discrimination | Nature of Suit: 443 Civil Rights: Accomodations |
| | Jurisdiction: Federal Question |

**Plaintiff**

Marti Lundahl          represented by   Marti Lundahl
                                        935 Wilderness Trail
                                        Green River, WY 82935
                                        Email: martilundahl64@gmail.com
                                        *PRO SE*

**Plaintiff**

Hollie Telford         represented by   Hollie Telford
                                        935 Wilderness Trail
                                        Green River, WY 82935
                                        *PRO SE*

V.

**Defendant**

**Global E LLC**       represented by   Michael W Stulken
*doing business as*                     STULKEN AND TYNSKY PC
Pioneer Park MHC                        520 Wilkes Drive Suite 7A
                                        P O Box 237
                                        Green River, WY 82935
                                        307/875-3909
                                        Fax: 307/875-3332
                                        Email: mstulken@stulkentynsky.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Lincoln County District Judge**
*in her official capacity*
*also known as*
Nena James

**Defendant**

| | | |
|---|---|---|
| **Centurylink Public Communications Inc** | represented by | **O'Kelley H Pearson**<br>HICKEY & EVANS<br>1800 Carey Avenue, Suite 700<br>P O Box 467<br>Cheyenne, WY 82003-0467<br>307/634-1525<br>Fax: 307/638-7335<br>Email: kpearson@hickeyevans.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Ann Clayton**
*individually*

represented by **Michael W Stulken**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judy Cirrillo**
*individually*

represented by **Michael W Stulken**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Micheal Stulken**
*individually*

represented by **Michael W Stulken**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greg Norman**
*individually*

**Defendant**

**Centurylink Public Communications Inc Corporate Representative**
*in his official capacity*
*also known as*
Greg Norman

**Defendant**

**Global E LLC Employee Stulken**
*in his official capacity*
*also known as*
Micheal Stulken

represented by **Michael W Stulken**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Global E LLC Employee Cirrillo**
*in her official capacity*

represented by **Michael W Stulken**
(See above for address)