PROSE,TERMED

# U.S. District Court
## District of Wyoming (Cheyenne)
### CIVIL DOCKET FOR CASE #: 2:15-cv-00188-ABJ

Lundahl et al v. Global E LLC et al
Assigned to: Honorable Alan B Johnson
Referred to: Honorable Kelly H Rankin
Case in other court: USCA 10th Circuit, 16-08029
                           USCA, 16-08047
Cause: 42:1981 Housing Discrimination

Date Filed: 10/15/2015
Date Terminated: 05/09/2016
Jury Demand: Both
Nature of Suit: 443 Civil Rights: Accomodations
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2016 | 14 | NOTICE OF JOINDER in 13 Motion to Remand by Defendant Centurylink Public Communications Inc (Pearson, O'Kelley) (Entered: 03/07/2016) |