ALTA Commitment (6/17/06)

# ALTA Commitment

## COMMITMENT FOR TITLE INSURANCE
### Issued by



STEWART TITLE GUARANTY COMPANY, a Texas Corporation ("Company"), for a valuable consideration, commits to issue its policy or policies of title insurance, as identified in Schedule A, in favor of the Proposed Insured named in Schedule A, as owner or mortgagee of the estate or interest in the land described or referred to in Schedule A, upon payment of the premiums and charges and compliance with the Requirements; all subject to the provisions of Schedules A and B and to the Conditions of this Commitment.

This Commitment shall be effective only when the identity of the Proposed Insured and the amount of the policy or policies committed for have been inserted in Schedule A by the Company.

All liability and obligation under this Commitment shall cease and terminate six months after the Effective Date or when the policy or policies committed for shall issue, whichever first occurs, provided that the failure to issue the policy or policies is not the fault of the Company.

The Company will provide a sample of the policy form upon request.

This Commitment shall not be valid or binding until countersigned by a validating officer or authorized signatory.

IN WITNESS WHEREOF, Stewart Title Guaranty Company has caused its corporate name and seal to be affixed by its duly authorized officers on the date shown in Schedule A.

Countersigned by:

_____
Authorized Signature

Issued by:
Southern Hills Title, Inc.
P.O. Box 31
Custer, SD 57730

_____
Senior Chairman of the Board

_____
Chairman of the Board

_____
President

004-UN ALTA Commitment (6/17/06)

STEWART TITLE GUARANTY COMPANY

| COMMITMENT |
|---|

### SCHEDULE A

Commitment Number:  F16-1064

1. Effective Date:  November 29, 2016 at 08:00 AM.

2. Policy or Policies to be issued:                                                              Amount of Insurance

   A. ALTA Owner's 06-17-06                                                                        $ 2,350.00
        Insured:

   Hollie Telford and Brenda Burton

   B. ALTA Loan Policy 06-17-06
        Insured:

3. The estate or interest in the land described in this commitment and covered herein is Fee Simple and title thereto is at the effective date hereof vested in:

   Morningside Properties, LLP

4. The land referred to in this commitment is described as follows:

   Lots 3, 4, 5 and 6 in Block 63, Town of Oelrichs, Fall River County, South Dakota

   Property Address: TBD, Oelrichs, SD 57763

This commitment is valid only if Schedule A, and Schedule B Sections I & II are attached together.
Schedule A of this commitment consists of 1 page(s).
Stewart Title Guaranty Company, PO Box 2029, Houston, TX 77252