# WAIVER

## SUPREME COURT OF THE UNITED STATES

Supreme Court Case No. **15-1325**

**Holli Lundahl** v. **10th Circuit Judge Carolyn McHugh, et al.**
(Petitioner)                    (Respondent)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check the appropriate boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☐ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):
**Eli Lilly and Company**

☐ I am a member of the Bar of the Supreme Court of the United States.

☒ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member.

Signature _[signature]_

Date: **May 10, 2016**

(Type or print) Name **Paula A. Fleck, P.C.**
☐ Mr.   ☐ Ms.   ☐ Mrs.   ☐ Miss

Firm **Holland & Hart, LLP**

Address **P.O. Box 68**

City & State **Jackson, WY**          Zip **83001**

Phone **307-739-9741**          Email **pfleck@hollandhart.com**

A COPY OF THIS FORM MUST BE SENT TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

CC:   Holli Lundahl, 935 Wilderness Trail, Green River, WY 82935