UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 17-2483

Hollie Telford and Brenda Burton

Appellants

v.

Alan B. Johnson, et al.

Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Pierre
(3:16-cv-03033-RAL)
_____

**ORDER**

The petition for rehearing by the panel is denied.

September 12, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans