# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-2483

Hollie Telford and Brenda Burton

Appellants

v.

Alan B. Johnson, et al.

Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Pierre
(3:16-cv-03033-RAL)
_____

**MANDATE**

In accordance with the opinion and judgment of 06/27/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 25, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit